IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ALFA INSURANCE CORPORATION**                                          **PLAINTIFF**

**V.**                                                           **NO. 1:23-CV-41-DMB-RP**

**MINDI ANN GUIN**                                           **DEFENDANT**

## ORDER

On January 4, 2023, ALFA Insurance Corporation filed a complaint in the Circuit Court of Itawamba County, Mississippi, against Mindi Ann Guin, alleging Guin's negligence caused Brady Parker to be "involved in a collision with a vehicle driven by [Guin]." Doc. #2. ALFA, Parker's insurer, demands a judgment against Guin in the amount it compensated Parker for the damage Guin's negligence caused. *Id*. at PageID 10. On March 15, 2023, "the United States of America … on behalf of its agency, the United States Postal Service and its employee … Guin" removed the case to the United States District Court for the Northern District of Mississippi "pursuant to 28 U.S.C. §§ 1446(a) & 1442(a)(1)." Doc. #1. Two days later, the parties, representing that they "have agreed to dismiss this case without prejudice so that [ALFA] can pursue an administrative claim," filed a joint motion requesting the Court enter their proposed order of dismissal without prejudice.[1] Doc. #4.

Upon consideration, the joint motion [4] is **GRANTED**. The Court will sign and enter the proposed order of dismissal without prejudice. A final judgment will be separately issued.

**SO ORDERED**, this 21st day of March, 2023.

                                                                           /s/Debra M. Brown
                                                                           **UNITED STATES DISTRICT JUDGE**

---

[1] In violation of Local Rule 7(b)(4), the parties failed to file a memorandum brief or request such requirement be waived. This failure is excused in this instance given the straightforward nature of the relief sought.