IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ALFA INSURANCE CORPORATION     PLAINTIFF

v.     CIVIL ACTION NO. 1:23-cv-41-DMB-RP

MINDI ANN GUIN     DEFENDANT

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff ALFA Insurance Corporation and defendant United States of America, through its employee Mindi Ann Guin, (collectively the "parties") have agreed to dismiss this case without prejudice so that Plaintiff can pursue an administrative claim. Pursuant to that agreement, the Court hereby dismisses this case without prejudice.

This case is CLOSED.

IT IS SO ORDERED this the 21st day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE