IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ALFA INSURANCE CORPORATION**  **PLAINTIFF**

**V.**  **NO. 1:23-CV-41-DMB-RP**

**MINDI ANN GUIN**  **DEFENDANT**

## JUDGMENT

In accordance with the order issued this day, this case is dismissed without prejudice.

**SO ORDERED**, this 21st day of March, 2023.

                                              **/s/Debra M. Brown**
                                              **UNITED STATES DISTRICT JUDGE**